UNITED STATES DISTRICT COURT
WESTERN_____ DISTRICT OF TENNESSEE_____
EASTERN DIVISION

Brenda Hayes
SSN: 412-098-356
414 A evergreen Street
Greenfield, TN 38230
Weakley

     Plaintiff,

     v.                              Civil Action No. 04-1217 T

Jo Anne B. Barnhart
Commissioner of
Social Security,
     Defendant.

## ORDER

Wherefore, for good cause shown and it appearing to the court that Plaintiff

requires extra time to prepare Plaintiff's brief, and  and, because the United States Attorney

representing the government in this matter consents to the additional time requested,

It is, accordingly, ordered, adjudged, and decreed that Plaintiff is granted an

additional period of time, up to and including May 19, 2005 to file a brief in reply to the

government's brief.

_____
District Court Judge

21 apirl 2005

-1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___04-22-05___

Approved for entry:

Roger Stanfield
Attorney for Plaintiff
P. O. Box 3338
Jackson, TN 38303-3338
901-424-1305
TN BPR # 006600

## Certificate of Service

I certify that I have mailed a true and exact copy fo the foregoing Proposed Order to Joseph Dycus, Assistant United States Attorney, 800 Federal Office Building, 167 North Main Street, Memphis, TN 38103, this the 20th day of April, 2005, postage prepaid.

Roger Stanfield

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:04-CV-01217 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT