# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

BRENDA HAYES

v.

JO ANN B. BARNHART,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04-1217-T

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 07/01/05, the decision of the Commissioner is REVERSED. Disability insurance benefits and supplemental security income benefits are awarded based on Plaintiff's application of February 11, 2002.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

7/5/05                        BY:  _____
DATE                                    DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  07-05-05  .



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:04-CV-01217 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT