UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BRENDA G. HAYES, | ) |
| Plaintiff | ) |
| vs. | ) Civil Action No. 04-1217-T/An |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant | ) |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

Now, on this 3rd day of October, 2005, the Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement for attorney fees should be made pursuant to the EAJA in the amount of $3,250.00.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. §§ 2412, Plaintiff's attorney be paid $3,250.00 from the EAJA.

IT IS SO ORDERED.

_____
James D. Todd
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _____

<u>Hayes v. Barnhart</u>

APPROVED BY:

_Roger Stanfield_   By JAD
Roger Stanfield     By Consent
P.O. Box 1146
Jackson, Tennessee 38302-1146

Attorney for Plaintiff


LAWRENCE J. LAURENZI
Acting United States Attorney

By _/s/ Joe A. Dycus_
Joe A. Dycus (#008730 Tennessee)
Assistant United States Attorney
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103
(901) 544-4231

Attorney for the United States

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CV-01217 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT